PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Docket Number: 2:89CR00108-01 WBS |
| | ) | 2:82CR00226-01 MLS |
| **David Paul MURPHY** | ) | 2:81CR00135-01 MLS |
| | ) | |

On July 18, 1990, the above-named was sentenced to a 352-month sentence for Possession of a Firearm by Convicted Felon, Use of a Firearm during a Drug Trafficking Crime, Aide & Abetting, and Interstate Travel in Aid of Racketeering. He had a projected release date of May 11, 2015, via GCT, and he was to serve a 5-year term of supervised release.

On September 21, 2010, this office was notified by Warden Revell, Federal Correctional Complex, in Butner, North Carolina, that the offender was confirmed dead while still incarcerated by Andrew Laramore, Assistant Medical Examiner, on September 20, 2010, (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Jeffrey E. Oestreicher

**JEFFREY E. OESTREICHER
Supervising United States Probation Officer**

Dated:   November 17, 2010
         Sacramento, California
         JEO:jc

1

Re:   David MURPHY
      Docket Number:   2:89-001088-01;
      2:82CR00226-01; 2:81CR00135-01
      **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## ORDER OF COURT

It appearing that David MURPHY is deceased, it is hereby ordered the proceedings in these cases be terminated and the cases closed.

Date:  November 19, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


(Notification copy on file)

cc:   AUSA
      FLU Unit - United States Attorney's Office
      Fiscal Clerk - Clerk's Office